FEBRUARY 19, 1991

No. 90–459. SCHMIDT ET VIR v. UNITED STATES. C. A. 8th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Irwin* v. *Department of Veterans Affairs, ante,* p. 89.

No. 90–729. COMMUNICATIONS WORKERS OF AMERICA v. MONTANO. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded with directions to dismiss. *United States* v. *Munsingwear, Inc.,* 340 U. S. 36 (1950).

No. 90–605. DEPARTMENT OF TRANSPORTATION ET AL. v. AIR TRANSPORT ASSOCIATION OF AMERICA ET AL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 1023.] Judgment vacated and case remanded to the Court of Appeals to consider the question of mootness.

No. 90–1028. MICHIGAN v. AMBERS. Ct. App. Mich. It appearing that respondent died September 12, 1989, certiorari dismissed.

No. — – ——. STANKEWITZ v. CALIFORNIA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted. Motion to seal the motion for leave to proceed *in forma pauperis* denied.

No. A–562. CHEN v. UNITED STATES. Application for release or for bail, addressed to JUSTICE KENNEDY and referred to the Court, denied.